

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARTAGENA ENTERPRISES, INC. d/b/a CARTAGENA
PUBLISHING,

        Plaintiff,

        -against-

YOYO MUSIC USA, INC.,

        Defendant.
------------------------------------------------------------X

Case No. 08 CIV 6556
(Judge Rakoff)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA  )
        S.S.:
COUNTY OF DADE  )

        ALBERT ARRERA, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 1st day of August, 2008, at approximately the time of ____, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; INDIVIDUAL RULES OF PRACTICE, HON. JED S. RAKOFF; INDIVIDUAL RULES OF MAGISTRATE JUDGE DOUGLAS F. EATON; AND ELECTRONIC FILING INSTRUCTIONS upon YOYO MUSIC USA, INC. at 20326 N.E. 16th Place, North Miami Beach, FL, by personally delivering and leaving the same with JOHNNIE AGUILO who informed deponent that he holds the position of Manager (In-Charge) with that company and is authorized by appointment to receive service at that address.

        JOHNNIE AGUILO is a hispanic male, approximately 30+ years of age, stands approximately 5 feet 9 inches tall, weighs approximately 175 pounds with Salt/pepper hair and Beard.

_____
ALBERT ARRERA

Sworn to before me this
5th day of August, 2008

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com